**99–1238.   State v. Roberts.**

Wood App. No. WD–98–025. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due September 3, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**99–1369.   State ex rel. Ciecierski v. Falling Water Healthcare Ctr.**

Franklin App. No. 98AP–1631. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, September 16, 1999*

## MOTION DOCKET

**98–2110.   Leisure v. State Farm Auto. Ins. Co.**

Stark App. Nos. 1997CA00417 and 1998CA00001. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Stark County. Upon consideration of appellants/cross-appellees' motion to continue oral argument currently scheduled for September 22, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, granted.

**99–1605.   State ex rel. Crossmann Communities of Ohio, Inc. v. Greene Cty. Bd. of Elections.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration of the motion for leave to intervene by Teresa F. Little, Ruth Ann Eppley, Rebecca Hardyman, Delma Ellen Christensen, Charles Salyers, Russell Little, John Dyke, and Robert E. Prim,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.

**99–1689.   State ex rel. CBS Broadcasting, Inc. v. Webb.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for issuance of alternative writ and relators' motion to expedite emergency relief requested,

IT IS ORDERED by the court that an alternative writ be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within twenty days of this entry. Relators shall file their merit brief within twenty days of the filing of evidence; respondent shall file his merit brief within twenty days of the filing of relators' merit brief; and relators shall file any reply brief within five days thereafter.

## MISCELLANEOUS DISMISSALS